**Electronically Filed
Supreme Court
SCWC-17-0000581
30-DEC-2020
03:00 PM
Dkt. 5 OGAC**

SCWC-17-0000581

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAII, Respondent/Plaintiff-Appellee,

vs.

ALLAN MICHAEL G. FELICIANO,
aka ALLAN M. GAMON FELICIANO,
Petitioner/Defendant-Appellant

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000581; CASE NO. 3FFC-17-0000029)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Defendant-Appellant Allan Michael G. Feliciano's application for writ of certiorari filed on November 27, 2020, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai‘i, December 30, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

